ORIGINAL

1  David J. Kaminski (SBN 128509)
   KaminskiD@cmtlaw.com
2  CARLSON & MESSER LLP
   5959 W. Century Boulevard, Suite 1214
3  Los Angeles, California 90045
   (310) 242-2200 Telephone
4  (310) 242-2222 Facsimile

5  Attorneys for Defendant
   CREDIT COLLECTION SERVICES, INC.
6

FILED
AUG 0 8 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILO ZUCCHI and DARLISA ZUCCHI,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CREDIT COLLECTION SERVICES, INC.,<br><br>　　　　Defendant. | CASE NO. C12-4162 SC<br><br>**NOTICE OF REMOVAL**<br><br>FILE BY FAX |

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1446(a), Defendant CREDIT COLLECTION SERVICES, INC. ("Defendant") hereby removes to this Court the civil action described below, as it involves a federal question.

1.　　On February 9, 2012, Plaintiffs MILO ZUCCHI and DARLISA ZUCCHI ("Plaintiffs") filed a civil action in the Superior Court of the State of California for the County of Contra Costa entitled <u>Milo Zucchi and Darlisa Zucchi v. Credit Collection Services, Inc.</u>, Case No. MSL12-01038. A true and correct copy of Plaintiffs' Complaint is attached hereto as Exhibit "A".

2.  Plaintiff's Complaint was served by mail and acknowledgment of receipt under California Code of Civil Procedure § 415.30. Defendant signed the acknowledgment of receipt on July 9, 2012. A copy of the acknowledgment of receipt form is attached hereto as Exhibit "B".

3.  This Notice of Removal is being filed with this Court within 30 days of the service of the Complaint, as required by 28 U.S.C. § 1446(b).

4.  There are no other defendants named in Plaintiffs' Complaint.

5.  This action involves a federal question in that it arises under the Fair Debt Collection Practices Act (15 U.S.C. § 1692, et seq.). It is therefore an action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 1441(a). In this regard, Plaintiffs state in the Complaint that "[t]his is an action for damages brought by an individual consumer for Defendant's violations of . . . the Fair Debt Collection Practices Act . . ." (Complaint ¶ 1), and Plaintiffs' second cause of action is for violation of said Act. This Court has supplemental jurisdiction over Plaintiffs' first cause of action pursuant to 28 U.S.C. § 1367.

6.  Venue is proper in this district under 28 U.S.C. §1441(a) because this district and division embrace the place where the removed action has been pending.

7.  Plaintiffs' Complaint includes a demand for a jury trial. Defendant also demands a jury trial.

8.  Defendant will promptly file a copy of this Notice of Removal with the clerk of the State Court where the action has been pending.

DATED: August 7, 2012          CARLSON & MESSER LLP


By s/David J. Kaminski
   David J. Kaminski
   Attorneys for Defendant
   CREDIT COLLECTION SERVICES, INC.

07184.00/186297                                     2
                                            NOTICE OF REMOVAL

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
CREDIT COLLECTION SERVICES, INC.

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
MILO ZUCCHI AND DARLISA ZUCCHI



FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

FILED

2012 FEB -9 P 2: 40

K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.

BY: _____ , Deputy Clerk

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):* Superior Court of Contra Costa
725 Court Street
Martinez, CA 94553

CASE NUMBER:
*(Número del Caso):* L12-01038

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Todd M. Friedman, 369 S. Doheny Dr., #415, Beverly Hills, CA 90211, 877-206-4741

DATE: FEB - 9 2012                   Clerk, by  E. TECSON            , Deputy
*(Fecha)*                            *(Secretario)*                  *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. [✓] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [✓] CCP 416.10 (corporation)           [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

Todd M. Friedman (216752)
Darin Shaw (251037)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@attorneysforconsumers.com
dshaw@attorneysforconsumers.com
Attorneys for Plaintiffs

FILED
2012 FEB -9 P 2: 40
K. TORRE, CLERK OF THE SUPERIOR COURT
COUNTY OF CONTRA COSTA, CALIF.

SUMMONS ISSUED

SUPERIOR COURT OF THE STATE OF CALIFORNIA
FOR THE COUNTY OF CONTRA COSTA
LIMITED JURISDICTION

MILO ZUCCHI AND DARLISA ZUCCHI,

Plaintiffs,

vs.

CREDIT COLLECTION SERVICES, INC.,

Defendant.

Case No. L12-01038

COMPLAINT FOR VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT AND FEDERAL FAIR DEBT COLLECTION PRACTICES ACT

(Amount not to exceed $10,000)

1. Violation of Rosenthal Fair Debt Collection Practices Act
2. Violation of Fair Debt Collection Practices Act

PER LOCAL RULE 5 THIS CASE IS ASSIGNED TO DEPT __2__

## I. INTRODUCTION

1. This is an action for damages brought by an individual consumer for Defendant's violations of the Rosenthal Fair Debt Collection Practices Act, Cal Civ Code §1788, *et seq.* (hereinafter "RFDCPA") and the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.* (hereinafter "FDCPA"), both of which prohibit debt collectors from engaging in abusive, deceptive, and unfair practices.

Complaint - 1

## II. PARTIES

2. Plaintiffs, Milo Zucchi and Darlisa Zucchi ("Plaintiffs"), are natural persons residing in Contra Costa county in the state of California, and are "consumers" as defined by the FDCPA, 15 U.S.C. §1692a(3) and is a "debtor" as defined by Cal Civ Code §1788.2(h).

3. At all relevant times herein, Defendant, Credit Collection Services, Inc. ("Defendant") was a company engaged, by use of the mails and telephone, in the business of collecting a debt from Plaintiffs which qualifies as a "debt," as defined by 15 U.S.C. §1692a(5), and a "consumer debt," as defined by Cal Civ Code §1788.2(f). Defendant regularly attempts to collect debts alleged to be due another, and therefore is a "debt collector" as defined by the FDCPA, 15 U.S.C. §1692a(6), and RFDCPA, Cal Civ Code §1788.2(c).

## III. FACTUAL ALLEGATIONS

4. At various and multiple times prior to the filing of the instant complaint, including within the one year preceding the filing of this complaint, Defendant contacted Plaintiffs and Plaintiffs' friend in an attempt to collect an alleged outstanding debt.

5. Defendant contacted Plaintiff in connection with an attempt to collect an alleged debt.

6. Defendant contacted Plaintiff at (925) 349-9223, from telephone number (617) 581-1071, at times and places that were known to be inconvenient and with such a frequency as to constitute harassment under the circumstances.

7. On more than one occasion, including in October 2011, Plaintiff spoke to Defendant and requested that they cease and desist from contacting Plaintiff via telephone.

8. Despite being requested to cease and desist, Defendant continued to call Plaintiff, including but not limited to, calls made on 11/4/11 at 8:02am, 11/12/11 at 10:14am, 11/12/11 at 10:30am, 11/21/11 at 8:02am, 12/1/11 at 1029am, 12/1/11 at 1051am, 12/1/11 at 736pm, and 12/7/11 at 1124am.

9. Defendant engaged in conduct the natural consequence is to harass Plaintiff, including but not limited to, using robotic telephone messages that fail to connect Plaintiff to an actual representative, causing Plaintiff undue stress and harassment.

10. Defendant's conduct violated the FDCPA and the RFDCPA in multiple ways, including but not limited to:

    a) Causing a telephone to ring repeatedly or continuously to annoy Plaintiff (Cal Civ Code §1788.11(d));

    b) Communicating, by telephone or in person, with Plaintiff with such frequency as to be unreasonable and to constitute an harassment to Plaintiff under the circumstances (Cal Civ Code §1788.11(e));

    c) Failing to disclose Defendants true corporate or business name in a telephone call to Plaintiff (§1692d(6));

    d) Communicating with Plaintiff at times or places which were known or should have been known to be inconvenient for Plaintiff (§1692c(a)(1));

    e) Causing Plaintiffs telephone to ring repeatedly or continuously with intent to harass, annoy or abuse Plaintiff (§1692d(5));

    f) Using unfair or unconscionable means against Plaintiff in connection with an attempt to collect a debt (§1692f));

    g) Collecting an amount from Plaintiff that is not expressly authorized by the agreement creating the debt (§1692f(1));

    h) Collecting an amount from Plaintiff that is not permitted by law (§1692f(1));

    i) Falsely representing the character, amount, or legal status of Plaintiff's debt (§1692e(2)(A));

j) Using false representations and deceptive practices in connection with collection of an alleged debt from Plaintiff (§1692e(10).

11. As a result of the above violations of the FDCPA and RFDCPA, Plaintiffs suffered and continue to suffer injury to Plaintiffs' feelings, personal humiliation, embarrassment, mental anguish and emotional distress, and Defendant is liable to Plaintiffs for Plaintiffs' actual damages, statutory damages, and costs and attorney's fees.

## COUNT I: VIOLATION OF ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

12. Plaintiffs reincorporate by reference all of the preceding paragraphs.

13. To the extent that Defendant's actions, counted above, violated the RFDCPA, those actions were done knowingly and willfully.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray that judgment be entered against Defendant for the following:

    A. Declaratory judgment that Defendant's conduct violated the RFDCPA;
    B. Actual damages;
    C. Statutory damages for willful and negligent violations;
    D. Costs and reasonable attorney's fees; and
    E. For such other and further relief as may be just and proper.

## COUNT II: VIOLATION OF FAIR DEBT COLLECTION PRACTICES ACT

14. Plaintiffs reincorporate by reference all of the preceding paragraphs.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully pray that judgment be entered against Defendant for the following:

    A. Declaratory judgment that Defendant's conduct violated the FDCPA;
    B. Actual damages;
    C. Statutory damages;

D. Costs and reasonable attorney's fees; and,
E. For such other and further relief as may be just and proper.

PLAINTIFFS HEREBY REQUEST A TRIAL BY JURY

Respectfully submitted this 4$^h$ day of February, 2012.

By: _____
Todd M. Friedman, Esq.
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiff

Complaint - 5

POS-015

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Todd M. Friedman, Esq. SBN 216752<br>Darin Shaw, Esq. SBN 251037<br>Law Offices of Todd M. Friedman, P.C.<br>369 S. Doheny Dr., #415<br>Beverly Hills, CA 90211<br>TELEPHONE NO.: 877-206-4741    FAX NO. (Optional): 866-633-0228<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs, Milo Zuccho and Darlisa Zucchi | |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Contra Costa
STREET ADDRESS: 725 Court Street
MAILING ADDRESS:
CITY AND ZIP CODE: Martinez, CA 94553
BRANCH NAME:

PLAINTIFF/PETITIONER: Milo Zuccho and Darlisa Zucchi

DEFENDANT/RESPONDENT: Credit Collection Services, Inc.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>L12-01038 |
|---|---|

TO (insert name of party being served): Credit Collection Services, Inc.

**NOTICE**

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you (or the party on whose behalf you are being served) to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: July 2, 2012

Jason Rea
(TYPE OR PRINT NAME)               ▶ _____
                                   (SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

**ACKNOWLEDGMENT OF RECEIPT**

This acknowledges receipt of (to be completed by sender before mailing):
1. [✓] A copy of the summons and of the complaint.
2. [✓] Other (specify):
   Civil Case Cover Sheet, Los Angeles County Addendum, ADR Information Package, Notice of Case Assignment

(To be completed by recipient):

Date this form is signed: July 9, 2012

David J. Kaminski on
behalf of defendant Credit Collection
Services, Inc.
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

▶ David J. Kaminski
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
POS-015 [Rev. January 1, 2005]

NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL

Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

## PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF LOS ANGELES   )

I am employed in the County of Los Angeles, State of California.

I am over the age of 18 and not a party to the within action; my business address is 5959 W. Century Boulevard, Los Angeles, California 90045.

On **August 8, 2012**, I served the foregoing document described as: **NOTICE OF REMOVAL** on all interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

### SEE ATTACHED SERVICE LIST

[X]   (BY MAIL)
I sealed such envelope(s) and placed it (them) for collection and mailing on this dates following the ordinary business practices of Carlson & Messer LLP. I am "readily familiar" with the business practices of Carlson & Messer LLP for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence would be deposited with the United States Postal Service at Los Angeles, California this same day in the ordinary course of business with postage thereon fully prepaid.

[]   **VIA NEXT DAY FEDERAL EXPRESS**
I delivered the above described documents in the above described envelopes to Federal Express for delivery via FedEx next business morning.

[]   **PERSONAL SERVICE BY HAND-** I personally served document to address stated on POS Service List.

[]   **BY FACSIMILE-** I transmitted via telecopier machine such document to the offices of the addressees.

[X]   **(STATE)** - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed this **8th** day of **August, 2012** at Los Angeles, California.

*Linda Brooks*
Linda Brooks

**SERVICE LIST**
**Milo Zucchi and Darlisa Zucci v. Credit Collection Services, Inc.**
07184.00

Todd M. Friedman, Esq.
Darin Shaw, Esq.
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
369 S. Doheny Drive, Suite 415
Beverly Hills, California 90211
Tele: (877) 206-4741
Fax: (866) 633-0228
Email: tfriedman@attorneysforconsumers.com
Email: dshaw@attorneysforconsumers.com

Attorneys for Plaintiffs:
**MILO ZUCCHI and DARLISA ZUCCHI**