Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILO ZUCCHI AND DARLISA ZUCCHI, | ) Case No. CV12-04162 -SC )  |
|   Plaintiff, | ) **JOINT STIPULATION TO DISMISS** ) **WITH PREJUDICE** ) |
|   vs. | ) ) |
| CREDIT COLLECTION SERVICES, INC. | ) ) ) |
|   Defendant. | ) ) |

NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss with prejudice this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and expenses. A proposed order has been concurrently submitted to this Court via email.

Respectfully submitted this 16th day of November, 2012

By: s/Todd M. Friedman
   Law Offices of Todd M. Friedman, P.C.
   Attorney for Plaintiff

By: s/David Kaminski
   Carlson & Messer, LLP
   Attorney for Defendant

Stipulation to Dismiss- 1

1  Filed electronically on this 16th day of November, 2012, with:

2  United States District Court CM/ECF system

3
4  Notification sent electronically via the Court's ECF system to:

5  David Kaminski
   CARLSON & MESSER LLP
6  5959 W. Century Blvd
7  #1214
8  Los Angeles CA 90045

9  This 16th day of November, 2012.

10
11 s/Todd M. Friedman
   Todd M. Friedman
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28