1  Todd M. Friedman (216752)
   Law Offices of Todd M. Friedman, P.C.
2  369 S. Doheny Dr. #415
3  Beverly Hills, CA 90211
   Phone: 877 206-4741
4  Fax: 866 633-0228
5  tfriedman@attorneysforconsumers.com
   Attorney for Plaintiff
6
7              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| **MILO ZUCCHI AND DARLISA ZUCCHI,** ) | Case No. CV12-04162 -SC |
| ) | |
| ) | **JOINT STIPULATION TO DISMISS** |
| Plaintiff, ) | **WITH PREJUDICE** |
| ) | |
| vs. ) | |
| ) | |
| **CREDIT COLLECTION SERVICES, INC.** ) | |
| ) | |
| Defendant. ) | |
| _____ ) | _____ |

         NOW COME THE PARTIES by and through their attorneys to respectfully

move this Honorable Court to dismiss with prejudice this matter pursuant to Federal

Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and

expenses. A proposed order has been concurrently submitted to this Court via email.

         Respectfully submitted this 16th day of November, 2012

                    By: s/Todd M. Friedman
                        Law Offices of Todd M. Friedman, P.C.
                        Attorney for Plaintiff

                    By: s/David Kaminski
                        Carlson & Messer, LLP
                        Attorney for Defendant

1  Filed electronically on this 16th day of November, 2012, with:

2  United States District Court CM/ECF system

3
4  Notification sent electronically via the Court's ECF system to:

5  David Kaminski
   CARLSON & MESSER LLP
6  5959 W. Century Blvd
7  #1214
8  Los Angeles CA 90045

9  This 16th day of November, 2012.

10
11 s/Todd M. Friedman
   Todd M. Friedman
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Dismiss- 2

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MILO ZUCCHI AND DARLISA ZUCCHI,** | ) Case No. CV12-04162 -SC )  <br> ) **ORDER** |
| Plaintiff, | ) |
| vs. | ) |
| **CREDIT COLLECTION SERVICES, INC.** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this __16__ day of November, 2012.



_____
The Honorable Samuel Conti

Order to Dismiss - 1