Todd M. Friedman (216752)
Law Offices of Todd M. Friedman, P.C.
369 S. Doheny Dr. #415
Beverly Hills, CA 90211
Phone: 877 206-4741
Fax: 866 633-0228
tfriedman@attorneysforconsumers.com
**Attorney for Plaintiff**

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MILO ZUCCHI AND DARLISA ZUCCHI,** | ) Case No. CV12-04162 -SC |
| | ) |
| Plaintiff, | ) **JOINT STIPULATION TO DISMISS WITH PREJUDICE** |
| | ) |
| vs. | ) |
| | ) |
| **CREDIT COLLECTION SERVICES, INC.** | ) |
| | ) |
| Defendant. | ) |

　　　NOW COME THE PARTIES by and through their attorneys to respectfully move this Honorable Court to dismiss with prejudice this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear their own costs and expenses. A proposed order has been concurrently submitted to this Court via email.

　　　Respectfully submitted this 16th day of November, 2012

　　　　　　　　By: s/Todd M. Friedman
　　　　　　　　　　Law Offices of Todd M. Friedman, P.C.
　　　　　　　　　　Attorney for Plaintiff

　　　　　　　　By: s/David Kaminski
　　　　　　　　　　Carlson & Messer, LLP
　　　　　　　　　　Attorney for Defendant

Filed electronically on this 16th day of November, 2012, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

David Kaminski
CARLSON & MESSER LLP
5959 W. Century Blvd
#1214
Los Angeles CA 90045

This 16th day of November, 2012.

s/Todd M. Friedman
Todd M. Friedman

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MILO ZUCCHI AND DARLISA ZUCCHI,** | ) Case No. CV12-04162 -SC |
| Plaintiff, | ) **ORDER** |
| vs. | ) |
| **CREDIT COLLECTION SERVICES, INC.** | ) |
| Defendant. | ) |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the parties to dismiss this case with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this __16__ day of November, 2012.



_____
The Honorable Samuel Conti

IT IS SO ORDERED
Judge Samuel Conti

Order to Dismiss - 1